EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
HENRY L. CHI, CSBN 265009
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel, Region IX
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone:  415-977-8953
    Facsimile:  415-744-0134
    E-Mail:  henry.chi@ssa.gov
Attorneys for Defendant
CAROLYN W. COLVIN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EMELDA LEWIS,<br><br>    Plaintiff<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No: 2:15-cv-05670-JPR<br><br>**JUDGMENT OF REMAND** |

1  The Court having approved the parties' Stipulation to Voluntary Remand
2 Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment
3 ("Stipulation to Remand") lodged concurrent with the lodging of the within
4 Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND**
5 **DECREED** that the above-captioned action is remanded to the Commissioner of
6 Social Security for further proceedings consistent with the Stipulation to Remand.

8 DATED: March 30, 2016

HON. JEAN P. ROSENBLUTH
UNITED STATES MAGISTRATE JUDGE

2